RYAN RAPP PACHECO SORENSEN PLC

**Index of Exhibits to Verified Complaint**

| Ex. No. | Description |
|---|---|
| 1. | Operating Agreement; |
| 2. | Consulting Agreement; |
| 3. | Addendum to Operating Agreement; |
| 4. | Second Amended Operating Agreement; |
| 5. | Assignment, Acceptance, Approval and Consent; |
| 6. | AHHC 2 Arizona Corporation Commission Documents; |
| 7. | 2022 K-1; |
| 8. | December 12, 2023 Letter to Washington Board of Nursing; |
| 9. | Financial Statement of Corporate Debtor; |
| 10. | Letters to DOJ from Attorney David Blank; |
| 11. | ACC Printout Showing AHHC 1 is Active; |
| 12. | ACC Printout Showing AHHC 2 is Active; |
| 13. | Ruark Family Charis and Haven Entities; |
| 14. | Department of Justice Settlement; |
| 15. | Letter Removing ANM from AHHC 1; |
| 16. | 4/28/21 Email from Kevin Ruark/CPA; |
| 17. | 2021 PNC Bank Statements; |
| 18. | 2021 P&L and Balance Sheet; |
| 19. | 2022 PNC Bank Statements; |
| 20. | 2022 P&L and Balance Sheet; |
| 21. | 2023 PNC Bank Statements; |
| 22. | 02/29/24 Oregon Investigation Notice; |
| 23. | April and June 2024 Oregon Investigation Notices; |
| 24. | Patient Removal from Atlantic Companies to Haven EEOI or Haven LTH; |
| 25. | Demand for Records and Notice of Derivative Action; |
| 26. | RRPS Demand for Books and Records; |

Due to the volume of Exhibits, hard copies will only be provided upon request. Digital copies of the exhibits can be downloaded by clicking this link or going to this website: https://www.dropbox.com/t/jjciZpGHqQS5KhKo. The link will expire on July 31, 2024.