UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

| | | | |
|---|---|---|---|
| **Plaintiff**(s): | **Kirk Tjalas , ; Act Now Management, LLC , ; Act Now Health Care Solutions, LLC , ; Atlantic Home Health Care, LLC , ; Atlantic Home Health Care LLC dba Haven Home Health Care, LLC , ;** | **Defendant**(s): | **Kevin Reese Ruark , ; Janice L. Ruark , ; Jamin Reese Ruark , ; Lauren Ratiani , ; Matthew Saagman , ; Breeana Saagman , ; Brian Matthew Friedberg , ; Kristi Lyn Jackson , ; Haven EEOI Holdings, LLC , ; Charis Healthcare Holdings, LLC fka The Charis Rescue Foundation, LLC , ; The Charis Foundation, Inc. , ; Haven Holdings MI, LLC , ; Absolutely Haven, LLC , ; Haven LTH, LLC , ;** |

County of Residence: Pima

County Where Claim For Relief Arose: Maricopa

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Christopher T. Rapp ,**
Ryan Rapp Pacheco Sorensel, PLC
3200 North Central Avenue, Ste 2250
Phoenix, AZ 85012
6022801000
**Lesli M. H. Sorensen ,**
Ryan Rapp Pacheco Sorensen, PLC
3200 North Central Avenue, Ste 2250
Phoenix, AZ 85012
6022801000
**Donald W. Hudspeth ,**
Law Offices of Donald W. Hudspeth
3200 North Central Avenue, Ste. 2500
Phoenix, AZ 85012
6022657997

Defendant's Atty(s):

**,**

,

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

| | |
|---|---|
| II. Basis of Jurisdiction: | **3. Federal Question (U.S. not a party)** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **470 RICO** |

| | |
|---|---|
| VI.Cause of Action: | **Civil RICO; 18 USC 1961 et seq.; Civil Racketeering ARS 13-2314.04; Fraudulent Misrepresentation; Negligent Misrepresentation; Breach of Contract; Breach of Covenant of Good Faith and Fair Dealing; Breach of Fiduciary Duty; Intentional Interference with Business Relations; Conversion/Misappropriation of Funds; Expulsion by Judicial Order ARS 29-3602; Constructive Trust over Monies Diverted; Accounting; Improper Distribution ARS 29-3406; Civil Conspiracy; Aiding and Abetting; Declaratory Judgment ARS 12-1831 et seq.** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | |
| Jury Demand: | **Yes** |

VIII. This case **is not related** to another case.

---

**Signature:** /s/ Christopher T. Rapp

**Date:** 06/25/2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014