RYAN RAPP PACHECO SORENSEN PLC
3200 N. Central Avenue, Suite 2250
Phoenix, Arizona 85012
(602) 280-1000 (602) 265-1495 Fax
Christopher T. Rapp, AZ State Bar No. 013374
Email: CTRapp@rrpklaw.com
Lesli M. H. Sorensen, AZ State Bar No. 025770
Email: LSorensen@rrpklaw.com

Donald W. Hudspeth, Esq. (012198)
Mark S. Hamilton, Esq. (033825)
**THE LAW OFFICES OF DONALD W. HUDSPETH, P.C.**
3200 N. Central Avenue, Suite 2500
Phoenix, Arizona 85012
Telephone: 602.265.7997
Facsimile: 602.265.6099
don@azbuslaw.com
amb@azbuslaw.com
Court@azbuslaw.com

*Attorneys for Plaintiffs/Counterdefendants/*
*Cross-Defendants and*
*Third-Party Defendant Tjalas Healthcare Consulting, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Titus Tjalas, et al.,<br>Plaintiffs,<br>v.<br>Kevin Reese Ruark, et al.,<br>Defendants. | Case No. CV-24-01641-PHX-MTL<br><br>**JOINT NOTICE OF LODGING OF PROPOSED FORM OF RECEIVERSHIP ORDER** |
| **AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS** | |

Pursuant to the Court's March 26, 2026 Order (Doc. 150), the Parties, by their respective undersigned counsel, hereby notify the Court that they have met and conferred, and have agreed upon a proposed form of Receivership Order, a copy of which they have lodged herewith.

The Parties further notify the Court that their form of Receivership Order represents a compromise that was made to carry and govern the receivership until at least the Parties' May 27, 2026 settlement conference with Judge Ferraro. If the case fails to settle at the conference, the parties will, respectfully, need the Court to determine various issues, including, but not limited to, who will be required to pay the receiver's costs and fees on a go-forward basis. To that end, again, if this case fails to settle at the conference, the parties anticipate filing competing motions with the Court to modify the proposed form of Receivership Order that has been lodged herewith.

**DATED** this 16th day of April, 2026.

**RYAN RAPP PACHECO SORENSEN, PLC**

*_/s/ Lesli M. H. Sorensen_*
Christopher T. Rapp, Esq.
Lesli M. H. Sorensen, Esq.
*Attorneys for Plaintiffs/ Counterdefendants/Cross-Defendants and Third-Party Defendant Tjalas Healthcare Consulting, LLC*

**THE LAW OFFICES OF DONALD W. HUDSPETH, P.C.**

*_/s/ Donald W. Hudspeth (with permission)_*
Donald W. Hudspeth, Esq.
*Attorneys for Plaintiffs/ Counterdefendants/Cross-Defendants and Third-Party Defendant Tjalas Healthcare Consulting, LLC*

**RADER MAYROSE LLP**

*_/s/ M. Craig Murdy (with permission)_*
Jamie L. Mayrose
M. Craig Murdy
*Attorneys for Kevin Reese Ruark, Janice*

**NCP LAW, PLLC**

By ______________________
Michael A. McCanse
Andrea S. Tazioli

*Ruark, The Charis Foundation Inc., Matthew and Breeana Saagman*

**REIZENSTEIN & ASSOCIATES, P.A.**

/s/ Phil Reizenstein (with permission)
Phil Reizenstein, Esq.
*Attorneys for Defendant Brian Friedberg*

**KUTAK ROCK LLP**

/s/ Andrew B. Turk (with permission)
Andrew B. Turk, Esq.
Jasmin M. Chigbrow
*Attorneys for Nicholas Tjalas; Melissa Tjalas; Positive Nature Homecare, LLC; Positive Nature Hospice Holdings, LLC; Positive Nature Hospice, LLC; Positive Nature Homecare Holdings, LLC; Orphelia Thomas; John Doe Thomas*

*Attorneys for Jamin Reese Ruark, Lauren Ratiani, Haven Holdings MI, LLC, Haven EEOI Holdings, LLC, and Charis Healthcare Holdings, LLC fka the Charis Rescue Foundation, LLC*

**SANDERS & PARKS, P.C.**

/s/ Robert Ashley (with permission)
Phil Reizenstein, Esq.
*Attorneys for Defendant Brian Friedberg*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, I electronically transmitted the foregoing document to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

/s/ Lesli M. H. Sorensen