**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kirk Tjalas, et al.,<br>Plaintiffs,<br>v.<br>Kevin Reese Ruark, et al.,<br>Defendants. | No. CV-24-01641-PHX-MTL<br>**ORDER** |

This matter having come before the Court on the *Receiver's First Application for Payment of Fees and Expenses* (the "Application") (Doc. 184) filed by James E. Cross, the duly appointed Receiver (the "Receiver") over Atlantic Home Health Care, LLC and the other Receivership Entities; the Court having reviewed the Application and the itemized statement of time and expenses attached thereto; no timely objection having been filed; and the Court being fully advised in the premises and finding good cause therefor;

**IT IS HEREBY ORDERED** granting the Application (Doc. 184).

**IT IS FURTHER ORDERED** approving and allowing the Receiver's fees in the amount of $2,643.00 and expenses in the amount of $412.35, for a total of $3,055.35, as reasonable and necessary and incurred for the benefit of the Receivership Entities.

**IT IS FURTHER ORDERED** that, in accordance with Paragraph 3.r of the *Order Appointing Receiver* entered June 1, 2026 (Doc. 179), Plaintiff Titus Tjalas and Defendant EEOI shall each pay one-half of the approved amount within seven (7) days of entry of this Order,

and/or the Receiver is authorized to satisfy the approved amount from the $20,000.00 advance fee deposit held in the Receiver's IOLTA account pursuant to Paragraph 3.r of the Order Appointing Receiver.

Dated this 3rd day of August, 2026.

Michael T. Liburdi
United States District Judge