James E. Cross, Bar No. 009063
**CROSS BUSINESS CONSULTING SERVICES, L.L.C.**
7301 N. 16th St., Ste. 102
Phoenix, AZ 85020
PO Box 45469
Phoenix, AZ 85064
Telephone: (602) 412-4422
E-mail: jcross@crossbcs.com
*Court Appointed Receiver*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Titus Tjalas, et al.<br><br>Plaintiffs,<br>v.<br><br>Kevin Reese Ruark, et al.<br><br>Defendants. | Case No. 2:24-cv-01641-MTL<br><br>**RECEIVER'S SECOND MONTHLY STATUS REPORT**<br><br>(Reporting Period: July 1, 2026 – July 31, 2026) |

James E. Cross, for and on behalf of Cross Business Consulting Services, LLC, the Court-appointed receiver (the "Receiver") over Atlantic Home Health Care, LLC, an Arizona limited liability company, and Atlantic Home Health Care, LLC dba Haven Home Health Care, a Delaware limited liability company, and any of their subsidiaries (collectively, the "Receivership Entities"), hereby submits his Second Monthly Status Report (this "Report") for the calendar month of July 1, 2026 through July 31, 2026 (the "Reporting Period"), pursuant to Paragraph 3(p) of this Court's June 1, 2026, *Order Appointing Receiver* [Doc. 179] (the "Receivership Order"). This is the Receiver's second monthly report and sets forth the condition and operation of the Receivership Entities during the Reporting Period, which includes revenue receipts and disbursements and other relevant operational issues that occurred during the prior calendar month. This Report also includes an itemization of the Receiver's fees and expenses of the Receivership Estate, including fees and costs of accountants and attorneys authorized by the Court, incurred for each reporting period in the operation and administration of the Receivership Estate.

## I. SUMMARY OF ACTIVITIES DURING THE REPORTING PERIOD

1. **Principal Activities.** During the Reporting Period, the Receiver undertook the following principal activities on behalf of the Receivership Estate:

- Executed and delivered signature cards and completed the additional account documentation required by Valley Bank, and obtained online access to and control of the Receivership Entities' bank accounts;
- Continued the Receiver's review of the Receivership Entities' financial records, including bank statements dating back to 2022;
- Reviewed the Receivership Entities' QuickBooks account and obtained additional information, records, and reports from Brian Friedberg;
- Prepared, finalized, and filed with the Court the Receiver's First Monthly Status Report and the exhibit thereto [Doc. 183];
- Prepared, finalized, and filed with the Court the Receiver's First Application for Approval and Payment of Fees and Costs, the Notice of the same, and a proposed form of Order [Doc. 184];
- Addressed an overdraft in one of the Receivership Entities' Valley Bank accounts, advised that no account of the Receivership Entities may be overdrawn, and confirmed that a transfer of funds was made to cure the overdraft;
- Directed, authorized, and monitored the Receivership Entities' federal and state tax payments and debt service payments during the Reporting Period, including a payment of $116,000.00 to the Internal Revenue Service, a wire transfer of $263,179.30 to the United States Department of Justice, and state unemployment insurance tax payments of $8,500.00 to the Washington Employment Security Department and $9,695.91 to the State of Nevada;

- Reviewed the Receivership Entities' July 2026 Valley Bank statements for each of the five accounts of the Receivership Estate and reconciled the receipts and disbursements reported herein to those statements;
- Corresponded regarding a request to close one of the Receivership Entities' Valley Bank accounts, which is no longer in use and is incurring only bank service charges;
- Confirmed that no objection was filed to the Receiver's First Application for Approval and Payment of Fees and Costs [Doc. 184] within the fourteen-day period provided by Paragraph 3(r) of the Receivership Order, that the First Application was deemed approved, and that the approved amount of $3,055.35 was paid in full from the advance fee deposit held in the Receiver's IOLTA account;
- Reviewed the Court's ruling denying without prejudice the second motion for preliminary injunction [Doc. 186];
- Retained Nathan Finch, Esq., of Cross Law Firm, PLC, as counsel for the Receiver pursuant to Paragraph 3(h) of the Receivership Order, effective July 28, 2026, including to conduct a financial and insolvency analysis of the Receivership Entities, and assembled and uploaded bank statements and other financial documents and records to a secure shared file for review in connection with that analysis (following the close of the Reporting Period, on August 4, 2026, the Receiver filed his Notice of Retention of Counsel [Doc. 188], with the engagement agreement attached thereto);
- Completed a preliminary analysis of the assembled banking records of the Receivership Entities, covering July 2019 through July 31, 2026, which the Receiver is holding pending a motion to clarify the scope of the Receiver's duties in this matter to be filed by counsel for the receivership entities, Mr. McCanse. Receiver spoke with Mr. McCanse by phone last week and it was the opinion of Mr. McCanse that the Receiver's duty in

this matter is to solely maintain the status quo and conduct no investigation into the financial affairs of the receivership entities. The Receiver has agreed to withhold the results of any investigation pending clarification from this Court on whether the Receiver should issue the report on the income and revenue of the Receivership entities for the past several years.

## II. CONDITION AND OPERATION OF THE RECEIVERSHIP ENTITIES

2. **Business Operations.** The Receivership Entities did not conduct any active business operations during the Reporting Period. The current status of operations is as follows:

The Receivership Entities remain essentially dormant and did not resume operations, render services, or generate any operating revenue during the Reporting Period. There are no employees and no wages were paid during the Reporting Period. The only activity during the Reporting Period consisted of funds transferred into the Receivership Entities' Valley Bank accounts to fund specific obligations, together with the corresponding payments of those obligations, which consisted of federal and state tax payments, a debt service payment to the United States Department of Justice, payroll-processing fees, office space charges, accounting software fees, and bank service charges. Receipts during the Reporting Period totaled $409,630.00 and disbursements totaled $409,572.12, in each case exclusive of $9.63 transferred between accounts of the Receivership Estate. The Receiver has been advised that one of the Receivership Entities' Valley Bank accounts is no longer being used and is incurring only bank service charges, and the Receiver is evaluating the request that the account be closed.

3. **Insurance.** There was no change in the status of insurance during the Reporting Period. The Receiver has confirmed that the Property is not currently insured. Receiver was advised that the Atlantic Entities used to have a commercial liability policy, but that it has long since lapsed. The Receiver is unsure if insurance is necessary since there appear to be no

insurable property interests. No copies of any policies were contained in the documents provided.

4. **Real and Personal Property.** The condition and status of the real, personal, tangible, and intangible property of the Receivership Entities (the "Property") is as follows:

See No. 3 above.

5. **Books, Records, and Bank Accounts.** The status of the Receiver's possession and control of the books, records, and bank accounts of the Receivership Entities is as follows:

- Receiver has possession of copies of the Receivership Entities' records, books of account, ledgers, and business records produced to date;
- Receiver completed and delivered the signature cards and other account documentation required by Valley Bank and obtained online access to and control of the Receivership Entities' bank accounts;
- Receiver continues to have access to the Receivership Entities' QuickBooks account and to their Electronic Medical Records ("EMR") platform;
- Receiver continued his review of the Receivership Entities' bank statements and financial records, including statements dating back to 2022; and
- Receiver assembled and uploaded bank statements and other financial records to a secure shared file in connection with the financial and insolvency analysis of the Receivership Entities.

## III. RECEIPTS AND DISBURSEMENTS (CASH BASIS)

6. **Summary of Cash Activity.** The following is a summary of the revenue receipts and disbursements of the Receivership Estate during the Reporting Period, reported on a cash reporting basis. A detailed transaction report itemizing each receipt and disbursement during the Reporting Period is attached hereto as **Exhibit A**, and incorporated herein by this reference.

| Cash Summary for the Reporting Period | Amount |
|---|---|
| Beginning Cash Balance (as of July 1, 2026) | $182.99 |
| Total Receipts | $409,630.00 |
| Total Disbursements | ($409,572.12) |
| Ending Cash Balance (as of July 31, 2026) | $240.87 |

7. **Receipts.** The Receivership Entities generated no operating revenue receipts during the Reporting Period. Receipts during the Reporting Period totaled $409,630.00 and consisted entirely of funds transferred into the Receivership Entities' Valley Bank accounts from deposit accounts ending 9300, 0400, 7905, and 3004 in order to fund specific obligations, as follows: $383,580.00 to fund the payments to the Internal Revenue Service and the United States Department of Justice and certain payroll-processing fees; $18,300.00 to fund state unemployment insurance tax payments; and $7,750.00 to fund office space charges, accounting software fees, payroll-processing fees, and bank service charges. In addition, $9.63 was transferred between accounts of the Receivership Estate to cure an overdraft; that amount is excluded from the total receipts reported above in order to avoid duplication. A detailed itemization of each receipt during the Reporting Period is set forth in the transaction report attached hereto as **Exhibit A,** and incorporated herein by this reference.

8. **Disbursements.** Disbursements during the Reporting Period totaled $409,572.12 and consisted of the following: a wire transfer of $263,179.30 to the United States Department of Justice; a payment of $116,000.00 to the Internal Revenue Service; state unemployment insurance tax payments totaling $18,195.91, consisting of $8,500.00 to the Washington Employment Security Department and $9,695.91 to the State of Nevada; payroll-processing fees of $7,764.86 charged by ADP; office space charges of $2,832.81 payable to Regus Management; accounting software fees of $297.28 payable to Intuit; and bank service, analysis, and account

maintenance charges totaling $1,301.96. In addition, $9.63 was transferred between accounts of the Receivership Estate; that amount is excluded from the total disbursements reported above in order to avoid duplication. The Receivership Entities' Valley Bank account ending 6429 was overdrawn in the amount of $9.63 as of the beginning of the Reporting Period and, at the Receiver's direction, a transfer of funds was made on July 23, 2026, to cure the overdraft. A $10.00 maintenance charge assessed against that account on July 31, 2026, left the account overdrawn in the amount of $10.00 as of the end of the Reporting Period, and the Receiver is addressing that charge, and the continued utility of that account, with Valley Bank. A detailed itemization of each disbursement during the Reporting Period is set forth in the transaction report attached hereto as **Exhibit A**, and incorporated herein by this reference.

9. **Bank Accounts.** The Receivership Estate maintained the following bank accounts during the Reporting Period, each of which is held at Valley Bank. The account ending 1804 is titled in the name of Atlantic Home Healthcare LLC, and the remaining accounts are titled in the name of Atlantic Home Health Care LLC:

| **Financial Institution** | **Account No. (last 4)** | **Ending Balance** |
|---|---|---|
| Valley Bank | 6429 (Savings) | ($10.00) |
| Valley Bank | 4943 (Checking) | $7.45 |
| Valley Bank | 4951 (Checking) | $178.65 |
| Valley Bank | 4978 (Checking) | $4.05 |
| Valley Bank | 1804 (Checking) | $60.72 |

## IV. TAX PAYMENTS, DEBT SERVICE, AND FUNDING

10. **Tax and Debt Service Payments.** Consistent with Paragraph 3(b) of the Receivership Order, the Receiver has continued to make the Receivership Entities' state and federal tax payments and debt service payments to the Internal Revenue Service and the United

States Department of Justice. During the Reporting Period, the following such payments were made:

| Payee / Obligation | Amount Paid |
|---|---|
| Internal Revenue Service (federal tax payment, July 21, 2026) | $116,000.00 |
| United States Department of Justice (debt service payment by wire, July 30, 2026; ref. DJ 46-8-2957) | $263,179.30 |
| State taxing authorities – unemployment insurance (Washington Employment Security Department, $8,500.00; State of Nevada, $9,695.91). No payments were made to the State of Oregon during the Reporting Period. | $18,195.91 |

11. **Advance Fee Deposit.** Plaintiff Titus Tjalas and Defendant EEOI agreed to equally fund a $20,000.00 advance fee deposit to be held in the Receiver's IOLTA account. The parties each paid their respective half of the fee deposit. As of the last day of the Reporting Period, the balance of the advance fee deposit was $16,944.65, and those funds remain in Receiver's IOLTA account. No objection to the *Receiver's First Application for Approval and Payment of Fees and Costs* [Doc. 184] was filed within the fourteen-day period provided by Paragraph 3(r) of the Receivership Order, the First Application was deemed approved, and the court entered its Order approving same on August 3, 2026 [Doc. 187] in the amount of $3,055.35, consisting of $2,643.00 in fees and $412.35 in expenses. The First Fee Application was paid in full from the advance fee deposit.

12. **Borrowing and Receiver's Certificates.** During the Reporting Period, the Receiver did not borrow funds and did not issue any Receiver's Certificates.

## V. ITEMIZATION OF FEES AND EXPENSES OF THE RECEIVERSHIP ESTATE

13. **Receiver's Fees.** Pursuant to Paragraph 3(q) of the Receivership Order, the Receiver incurred the following fees during the Reporting Period:

| Timekeeper | Hourly Rate | Hours | Fees Incurred |
|---|---|---|---|
| James E. Cross | $495.00 | 4.50 | $2,227.50 |
| Kara Stewart | $125.00 | 3.20 | $400.00 |
| Total Receiver's Fees | | 7.70 | $2,627.50 |

14. **Receiver's Expenses.** The Receiver did not incur any out-of-pocket expenses during the Reporting Period, and no reimbursement of expenses is sought.

15. **Fees and Costs of Professionals.** During the Reporting Period, the Receiver retained Nathan Finch, Esq., of Cross Law Firm, PLC, as counsel for the Receiver pursuant to Paragraph 3(h) of the Receivership Order, effective July 28, 2026, including to conduct a financial and insolvency analysis of the Receivership Entities, and provided financial records for that analysis. On August 4, 2026, following the close of the Reporting Period, the Receiver filed his Notice of Retention of Counsel [Doc. 188], disclosing the retention and Counsel's hourly rate of $400.00, and attaching the engagement agreement between the Receiver and Counsel. No fees or costs of Counsel are included in this Report; any such fees will be itemized in a subsequent report. No other accountants, attorneys, or other professionals were retained by the Receiver pursuant to Paragraph 3(h) of the Receivership Order during the Reporting Period, and the fees and costs incurred during the Reporting Period by the Receiver's professionals total $0.00. Counsel's fees and expenses will be itemized in the Receiver's monthly status reports pursuant to Paragraph 3(p) of the Receivership Order and remain subject to the application, objection, and approval process set forth in Paragraph 3(r) of the Receivership Order.

16. **Total Fees and Expenses for the Reporting Period.** The total fees and expenses of the Receivership Estate incurred during the Reporting Period, including the fees and costs of accountants and attorneys authorized by the Court, are $2,627.50, consisting of $2,627.50 in Receiver's fees, $0.00 in Receiver's expenses, and $0.00 in fees and costs of other professionals. During the Reporting Period, the Receiver filed his First Application for Approval and Payment of Fees and Costs [Doc. 184]; no objection was filed, the First Application was deemed approved, and the approved amount of $3,055.35 was paid in full from the advance fee deposit held in the Receiver's IOLTA account. Concurrently herewith, the Receiver is filing his Second Application for Approval and Payment of Fees and Expenses, seeking approval and payment of fees of $2,627.50 for the period of June 27, 2026 through July 29, 2026, to which an itemized statement is attached. All fees and expenses remain subject to the application, objection, and approval process set forth in Paragraph 3(r) of the Receivership Order and to final approval by the Court.

## VI. RESERVATION OF RIGHTS

17. **Reservation of Rights.** The information contained in this Report is derived from the books and records of the Receivership Entities and information made available to the Receiver as of the date of this Report. The financial information set forth herein is unaudited, is presented on a cash reporting basis, and remains subject to adjustment, revision, and supplementation. The Receiver reserves the right to amend or supplement this Report, and nothing in this Report constitutes an admission, waiver, or release of any claim, right, or defense of the Receiver or the Receivership Estate.

/ / /

/ / /

/ / /

DATED this 18th day of August, 2026.

**CROSS BUSINESS CONSULTING SERVICES, L.L.C.**

*/s/ James E. Cross*
James E. Cross
*Court Appointed Receiver*

Original filed and Copies of the foregoing Sent via E-mail transmission this 18th day of August, 2026, to:

Christopher T. Rapp
Lesli M.H. Sorensen
RYAN RAPP PACHECO SORENSON, PLC
Email: CTRapp@rrpklaw.com; LSorensen@rrpklaw.com
*Attorneys for Plaintiffs/Counterdefendants/Cross-Defendants and Third-Party Defendant Tjalas Healthcare Consulting, LLC*

Donald W. Hudspeth
Mark S. Hamilton
THE LAW OFFICES OF DONALD W. HUDSPETH, P.C.
Email: don@azbuslaw.com
amb@azbuslaw.com; Court@azbuslaw.com
*Attorneys for Plaintiffs/Counterdefendants/Cross-Defendants and Third-Party Defendant Tjalas Healthcare Consulting, LLC*

Andrew Turk
Jasmin Chigbrow
Kutak Rock LLP
Email: andrew.turk@kutakrock..com; Jasmin.chigbrow@kutakrock.com
*Attorneys for Nicholas Tjalas; Melissa Tjalas; Positive Nature Homecare, LLC; Positive Nature Hospice Holdings, LLC; Positive Nature Hospice, LLC; Positive Nature Homecare Holdings, LLC; Orphelia Thomas; John Doe Thomas*

Jamie Mayrose
Craig Murdy
RADER MAYROSE, LLP
Email: jmayrose@radermayrose.com; cmurdy@radermayrose.com
*Attorneys for Kevin Ruark, Janice Ruark, The Charis Foundation, Inc., Matthew and Breeana Saagman, and Absolutely Haven, LLC*

Michael McCanse & Andrea Taziolo
NCP Law
Email: Mike@NCPLawyers.com; Andrea@NCPLawyers.com
*Attorneys for Jamin Ruark; Lauren Ratiani; Charis Healthcare Holdings, LLC; Haven EEOI Holdings, LLC; and Haven Holdings MI, LLC*

Phil Reizenstein
REIZENSTEIN & ASSOCIATES, P.A.
Email: phil@reizensteinlaw.com
*Attorneys for Brian Friedberg*

Robert Ashley, Esq.
Sanders & Parks PC
Email: Robert.ashley@sandersparks.com
*Attorneys for Brian Friedberg*

*/s/ Kara L. Stewart*

# Exhibit A

ATLANTIC HOME HEALTH CARE

**10300 Atlantic Valley 4943 OP, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/15/2026

Reconciled by: Brian Friedberg

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 11.16 |
| Checks and payments cleared (9) | -391,333.71 |
| Deposits and other credits cleared (7) | 391,330.00 |
| Statement ending balance | 7.45 |
| Uncleared transactions as of 07/31/2026 | -263,180.00 |
| Register balance as of 07/31/2026 | -263,172.55 |
| Cleared transactions after 07/31/2026 | 0.00 |
| Uncleared transactions after 07/31/2026 | 32.46 |
| Register balance as of 08/15/2026 | -263,140.09 |

**Details**

Checks and payments cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/03/2026 | Expense | | ADP | -3,362.42 |
| 07/06/2026 | Expense | | Intuit | -297.28 |
| 07/15/2026 | Expense | | Regus - Atlanta | -1,597.93 |
| 07/15/2026 | Expense | | Valley Bank | -1,239.29 |
| 07/15/2026 | Expense | | Valley Bank | -20.17 |
| 07/15/2026 | Expense | | Regus - Atlanta | -1,234.88 |
| 07/21/2026 | Expense | | IRS | -116,000.00 |
| 07/30/2026 | Expense | | EEOI Settlement DOJ | -263,179.30 |
| 07/31/2026 | Expense | | ADP | -4,402.44 |
| Total | | | | -391,333.71 |

Deposits and other credits cleared (7)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/03/2026 | Deposit | | | 3,500.00 |
| 07/06/2026 | Deposit | | | 150.00 |
| 07/15/2026 | Deposit | | | 2,900.00 |
| 07/16/2026 | Deposit | | | 1,200.00 |
| 07/21/2026 | Deposit | | | 116,000.00 |
| 07/30/2026 | Deposit | | | 263,180.00 |
| 07/31/2026 | Deposit | | | 4,400.00 |
| Total | | | | 391,330.00 |

**Additional Information**

Uncleared checks and payments as of 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/23/2023 | Bill Payment | | New Mexico Gas Company | -62.32 |
| 06/23/2023 | Bill Payment | 62507 | ADPH - Public Heath Service | -180.00 |
| 07/19/2023 | Bill Payment | 62516 | North Carolina Dept of Health | -560.00 |
| 07/24/2023 | Bill Payment | 62519 | Virginia Dept of Health | -500.00 |
| 10/23/2023 | Bill Payment | | Regus- Las Vegas | -1,641.27 |
| 12/05/2023 | Bill Payment | 62563 | Oregon Health Authority | -1,250.00 |
| 12/28/2023 | Bill Payment | | Dominion Energy | -166.56 |
| 04/29/2024 | Bill Payment | | TownSquare | -20,000.00 |
| 12/12/2024 | Expense | License Renewal | Tennessee Department of He… | -1,404.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/18/2025 | Bill Payment | | Pre Employ - Haven | -1,592.36 |
| 07/30/2026 | Deposit | | | -263,180.00 |
| Total | | | | -290,536.51 |

Uncleared deposits and other credits as of 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/31/2023 | Journal | 1181 | | 4,360.15 |
| 04/30/2024 | Journal | 1302 | | 20,000.00 |
| 12/31/2024 | Journal | 1514 | | 1,404.00 |
| 04/30/2025 | Journal | 1545 | | 1,592.36 |
| Total | | | | 27,356.51 |

Uncleared checks and payments after 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/04/2026 | Expense | | Intuit | -367.54 |
| Total | | | | -367.54 |

Uncleared deposits and other credits after 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/04/2026 | Deposit | | | 400.00 |
| Total | | | | 400.00 |

ATLANTIC HOME HEALTH CARE

**10301 Atlantic Valley 4951 PA, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/15/2026

Reconciled by: Brian Friedberg

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 74.56 |
| Checks and payments cleared (2) | -18,195.91 |
| Deposits and other credits cleared (5) | 18,300.00 |
| Statement ending balance | 178.65 |
| Uncleared transactions as of 07/31/2026 | -10,250.87 |
| Register balance as of 07/31/2026 | -10,072.22 |
| Cleared transactions after 07/31/2026 | 0.00 |
| Uncleared transactions after 07/31/2026 | -178.65 |
| Register balance as of 08/15/2026 | -10,250.87 |

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2026 | Expense | | WA Employment Security Dep… | -8,500.00 |
| 07/24/2026 | Expense | | NV Employment Security Divi… | -9,695.91 |
| Total | | | | -18,195.91 |

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/15/2026 | Deposit | | | 8,000.00 |
| 07/16/2026 | Deposit | | | 500.00 |
| 07/21/2026 | Deposit | | | 2,200.00 |
| 07/21/2026 | Deposit | | | 6,100.00 |
| 07/21/2026 | Deposit | | | 1,500.00 |
| Total | | | | 18,300.00 |

**Additional Information**

Uncleared checks and payments as of 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/16/2023 | Tax Payment | | FL U.C. Fund | -2,760.91 |
| 07/10/2023 | Tax Payment | | OH Department of Job and Fa… | -238.95 |
| 10/16/2023 | Payroll Check | | Lashona A. Tabaha | -342.00 |
| 10/25/2023 | Tax Payment | | CO Department of Family and… | -662.54 |
| 01/24/2024 | Tax Payment | | LA Workforce Commission | -121.43 |
| 01/31/2024 | Tax Payment | | IDCL | -35.15 |
| 01/31/2024 | Tax Payment | | MO Division of Employment S… | -448.17 |
| 04/01/2024 | Expense | | NV Employment Security Divi… | -2,221.68 |
| 05/24/2024 | Expense | | Secretary of State Oregon | -151.88 |
| 05/24/2024 | Expense | | Secretary of State Oregon | -143.24 |
| 06/08/2026 | Expense | | Secretary of State Oregon | -7,459.21 |
| 06/08/2026 | Expense | | NV Employment Security Divi… | -2,791.66 |
| Total | | | | -17,376.82 |

Uncleared deposits and other credits as of 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/31/2023 | Journal | 1150 | | 4,004.40 |
| 01/31/2024 | Journal | 1152 | | 604.75 |
| 04/30/2024 | Journal | 1252 | | 2,221.68 |
| 05/31/2024 | Journal | 1251 | | 295.12 |
| Total | | | | 7,125.95 |

Uncleared checks and payments after 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2026 | Expense | | | -178.65 |
| Total | | | | -178.65 |

ATLANTIC HOME HEALTH CARE

**10302 Atlantic Valley 4978 DEP, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/15/2026

Reconciled by: Brian Friedberg

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 4.05 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 4.05 |
| | |
| Register balance as of 07/31/2026 | 4.05 |

ATLANTIC HOME HEALTH CARE

**10303 Atlantic Valley 6429 MM, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/15/2026

Reconciled by: Brian Friedberg

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
| --- | --- |
| Statement beginning balance | -9.63 |
| Checks and payments cleared (1) | -10.00 |
| Deposits and other credits cleared (1) | 9.63 |
| Statement ending balance | -10.00 |
| Register balance as of 07/31/2026 | -10.00 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 07/31/2026 | Expense | | | -10.00 |
| Total | | | | -10.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 07/23/2026 | Deposit | | | 9.63 |
| Total | | | | 9.63 |